# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **WILLARD JOHN ALLEN,** )<br> )<br>  **Movant** )<br> )<br> v. )<br> )<br> **UNITED STATES OF AMERICA,** )<br> )<br>  **Respondent** ) | Civil No.   09-576-P-S<br>Crim. No. 04-08-P-S |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 2) filed November 18, 2009, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Movant's § 2255 Motion (Docket No. 1) is **DISMISSED** without prejudice to Movant's right to file another 28 U.S.C. § 2255 Motion should he obtain the First Circuit Court of Appeal's certification to do so.

/s/ George Z. Singal  
United States District Judge

Dated this 15th day of December, 2009.